JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GREEN MCMULLEN, on behalf of Ulysses M., <br>       Plaintiff, <br>   v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>       Defendant. | NO. CV 21-1184-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 8, 2022

                                       _/s/ Karen L. Stevenson_
                                       KAREN L. STEVENSON
                                 UNITED STATES MAGISTRATE JUDGE